# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hurwitz, Andrew | U.S. Court of Appeals, Ninth Circuit | 06/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge, Ninth Circuit (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

401 W. Washington Street
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Avondale Acres Investment Partnership |
| 2. | Committee Member | Commission on the Future of Legal Education |
| 3. | Committee Member | National Conference of Bar Examiners Torts Drafting Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Arizona Elected Officials Retirement System; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | National Conference of Bar Examiners (stipend) | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Arizona State Retirement System (pension) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commission on the Future of Legal Education | Jan. 3-4, 2018 | San Diego, CA | Committee working session | Transportation, lodging, and food |
| 2. | Commission on the Future of Legal Education | Jan. 28-29, 2018 | Las Vegas, NV | Conference of Chief Justices | Transportation, lodging, and food |
| 3. | Fordham University | April 6-9. 2018 | New York, NY | Moot Court Competition (judging final round) | Transportation, lodging, and food |
| 4. | National Conference of Bar Examiners | May 10-13, 2018 | Santa Barbara, CA | Torts Drafting Committee Meeting | Transportation, lodging, and food |
| 5. | National Conference of Bar Examiners | Sept. 20-23, 2018 | New York, NY | Torts Drafting Committee Meeting | Transportation, lodging, and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hurwitz, Andrew** | 06/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Portfolio Loan | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US BANK (CASH) | A | Interest | L | T | | | | | |
| 2. AVONDALE ACRES INVESTMENT PARTNERSHIP (REAL ESTATE, AVONDALE, AZ) | A | Distribution | K | W | | | | | |
| 3. TRUST #1 (H) | | | | | | | | | |
| 4. MORGAN STANLEY BANK N.A. | A | Interest | K | T | | | | | |
| 5. CUBESMART COM (CUBE) | | None | J | T | Buy | 12/11/18 | J | | |
| 6. EQUITY LIFESTYLE PROPERTIES (ELS) | | None | J | T | Buy | 12/11/18 | J | | |
| 7. JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | | None | K | T | Buy | 12/11/18 | K | | |
| 8. ISHARES MSCI JAPAN MIN VOL (JPMV) | | None | | | Sold (part) | 02/14/18 | J | A | |
| 9. | | | | | Sold | 04/10/18 | J | B | |
| 10. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 11. | | | | | Sold | 04/10/18 | K | D | |
| 12. | | | | | Buy | 12/11/18 | K | | |
| 13. FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 14. | | | | | Sold (part) | 12/04/18 | J | | |
| 15. | | | | | Sold | 12/11/18 | J | | |
| 16. FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | | | Buy | 04/10/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 12/04/18 | J | | |
| 18. | | | | | Sold | 12/11/18 | J | | |
| 19. ISHARES MORTGAGE REAL ESTATE (REM) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |
| 20. | | | | | Sold (part) | 04/10/18 | J | A | |
| 21. | | | | | Sold (part) | 12/04/18 | J | A | |
| 22. | | | | | Sold (part) | 12/11/18 | J | A | |
| 23. ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 24. PACER TRENDPILOT US LARGE CAP (PTLC) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 25. | | | | | Sold (part) | 12/04/18 | J | A | |
| 26. | | | | | Sold (part) | 12/11/18 | J | A | |
| 27. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 28. | | | | | Sold (part) | 04/10/18 | J | A | |
| 29. | | | | | Sold (part) | 12/04/18 | J | A | |
| 30. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 31. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | Buy | 04/10/18 | K | | |
| 32. | | | | | Sold (part) | 12/04/18 | J | | |
| 33. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 35. | | | | | Sold (part) | 12/04/18 | J | A | |
| 36. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 37. | | | | | Sold (part) | 04/10/18 | J | B | |
| 38. | | | | | Sold (part) | 12/04/18 | J | A | |
| 39. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 40. WISDOMTREE TRUST JAPN HEDGE EQ | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 41. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 42. | | | | | Sold (part) | 12/04/18 | J | | |
| 43. AIG FOCUSED DIV STRAT A (FDSAX) | C | Dividend | | | Sold (part) | 02/14/18 | J | A | |
| 44. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 45. | | | | | Sold (part) | 12/04/18 | J | A | |
| 46. | | | | | Sold | 12/11/18 | K | A | |
| 47. BARON REAL ESTATE INST (BREIX) | | None | | | Sold (part) | 02/14/18 | J | A | |
| 48. | | | | | Sold | 04/10/18 | K | C | |
| 49. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 50. | | | | | Buy (add'l) | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 12/04/18 | J | | |
| 52. | | | | | Sold (part) | 12/11/18 | J | | |
| 53. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | C | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 54. | | | | | Sold (part) | 04/10/18 | J | A | |
| 55. | | | | | Sold (part) | 12/04/18 | J | | |
| 56. DOUBLELINE SHILLER ENH CAPE (DSEEX) | D | Dividend | K | T | Sold (part) | 02/14/18 | J | A | |
| 57. | | | | | Buy (add'l) | 04/10/18 | K | | |
| 58. | | | | | Sold (part) | 12/04/18 | J | A | |
| 59. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 60. DOUBLELINE STRATEGIC COMMODITY I (DBCMX) | A | Dividend | | | Buy | 04/10/18 | K | | |
| 61. | | | | | Sold (part) | 12/04/18 | J | | |
| 62. | | | | | Sold | 12/11/18 | K | | |
| 63. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |
| 64. | | | | | Sold (part) | 04/10/18 | K | | |
| 65. | | | | | Sold (part) | 12/04/18 | J | | |
| 66. | | | | | Sold (part) | 12/11/18 | J | | |
| 67. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | A | Dividend | K | T | Buy | 04/10/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 12/04/18 | J | | |
| 69. FIRST EAGLE GOLD (FEGIX) | | None | J | T | Sold (part) | 02/14/18 | J | A | |
| 70. | | | | | Sold (part) | 04/10/18 | J | | |
| 71. | | | | | Sold (part) | 12/04/18 | J | | |
| 72. FRANKLIN INTERNATIONAL GROWTH ADVANCED (FNGZX) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 73. INVESCO DEVELOPING MKTS Y (GTDYX) | | None | | | Sold (part) | 02/14/18 | J | A | |
| 74. | | | | | Sold | 04/10/18 | K | | |
| 75. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | | | Sold (part) | 02/14/18 | J | A | |
| 76. | | | | | Sold (part) | 04/10/18 | J | A | |
| 77. | | | | | Sold (part) | 12/04/18 | J | | |
| 78. | | | | | Sold | 12/11/18 | J | | |
| 79. MATTHEWS ASIAN JAPAN INV (MJFOX) | B | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 80. | | | | | Sold (part) | 04/10/18 | K | C | |
| 81. | | | | | Sold (part) | 12/04/18 | J | A | |
| 82. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 83. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |
| 84. | | | | | Sold (part) | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold (part) | 12/04/18 | J | | |
| 86. | | | | | Sold (part) | 12/11/18 | J | | |
| 87. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |
| 88. | | | | | Sold (part) | 04/10/18 | J | | |
| 89. PIMCO INCOME P (PONPX) | B | Dividend | K | T | Sold (part) | 02/14/18 | J | | |
| 90. | | | | | Sold (part) | 04/10/18 | J | | |
| 91. | | | | | Sold (part) | 12/04/18 | J | | |
| 92. | | | | | Sold (part) | 12/11/18 | J | | |
| 93. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | A | Dividend | K | T | Sold (part) | 02/14/18 | J | | |
| 94. | | | | | Buy (add'l) | 04/10/18 | J | | |
| 95. | | | | | Sold (part) | 12/04/18 | J | | |
| 96. | | | | | Sold (part) | 12/11/18 | J | | |
| 97. T ROWE PRICE MID CAP GR (RPMGX) | B | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 98. | | | | | Sold (part) | 04/10/18 | J | A | |
| 99. | | | | | Sold (part) | 12/04/18 | J | A | |
| 100. | | | | | Sold (part) | 12/11/18 | J | A | |
| 101. T ROWE PRICE QM US SMALL CAP GROWTH EQUITY FUND (PRDSX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 12/04/18 | J | | |
| 103. | | | | | Sold (part) | 12/11/18 | J | | |
| 104. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | | None | | | Buy | 04/10/18 | K | | |
| 105. | | | | | Sold (part) | 12/04/18 | J | | |
| 106. | | | | | Sold | 12/11/18 | J | | |
| 107. WELLS FARGO MUNI (WMBIX) | A | Dividend | J | T | Sold (part) | 02/14/18 | J | | |
| 108. | | | | | Sold (part) | 04/10/18 | J | | |
| 109. | | | | | Sold (part) | 12/04/18 | J | A | |
| 110. | | | | | Sold (part) | 12/11/18 | J | A | |
| 111. TRUST #2 (H) | | | | | | | | | |
| 112. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 113. CUBESMART COM (CUBE) | | None | J | T | Buy | 12/11/18 | J | | |
| 114. EQUITY LIFESTYLE PROPERTIES (ELS) | | None | J | T | Buy | 12/11/18 | J | | |
| 115. JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | | None | K | T | Buy | 12/11/18 | J | | |
| 116. ACTIVE BEAR ETF (HDGE) | | None | | | Sold | 04/10/18 | J | | |
| 117. ISHARES MSCI JAPAN MIN VOL (JPMV) | | None | | | Sold | 04/10/18 | J | A | |
| 118. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | Sold | 04/10/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy | 12/11/18 | K | | |
| 120. FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 121. | | | | | Sold | 12/11/18 | J | | |
| 122. FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 123. | | | | | Sold | 12/11/18 | J | | |
| 124. ISHARES MORTGAGE REAL ESTATE (REM) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 125. ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 126. PACER TRENDPILOT US LARGE CAP (PTLC) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 127. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 128. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 129. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 130. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 131. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 132. WISDOMTREE EUROPE HEDGED EUQITY (HEDJ) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | B | |
| 133. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 134. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 135. | | | | | Buy (add'l) | 12/11/18 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. AIG FOCUSED DIV STRAT A (FDSAX) | B | Dividend | | | Buy (add'l) | 04/10/18 | J | | |
| 137. | | | | | Sold | 12/11/18 | K | | |
| 138. BARON REAL ESTATE INST (BREIX) | | None | | | Sold | 04/10/18 | J | B | |
| 139. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 140. | | | | | Sold (part) | 12/11/18 | J | | |
| 141. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | C | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 142. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 143. DOUBLELINE SHILLER ENH CAPE (DSEEX) | C | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 145. DOUBLELINE STRATEGIC COMMODITY I (DBCMX) | A | Dividend | | | Buy | 04/10/18 | K | | |
| 146. | | | | | Sold | 12/11/18 | K | | |
| 147. DOUBLELINE TOTAL RETURN I (DBLTX) | B | Dividend | J | T | Sold (part) | 04/10/18 | K | | |
| 148. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | A | Dividend | K | T | Buy | 04/10/18 | J | | |
| 149. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 150. FIRST EAGLE GOLD (FEGIX) | | None | J | T | Buy (add'l) | 04/10/18 | J | | |
| 151. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 152. FRANKLIN INTERNATIONAL GROWTH ADVANCED (FNGZX) | A | Dividend | J | T | Buy | 12/11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. INVESCO DEVELPING MKTS Y (GTDYX) | | None | | | Sold | 04/10/18 | J | | |
| 154. HENDERSON EUROPEAN FOCUS (HFEIX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 155. | | | | | Sold | 12/11/18 | J | | |
| 156. MATTHEWS ASIAN JAPAN (MJFOX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | B | |
| 157. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 158. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 159. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 160. PIMCO INCOME P (PONPX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 161. PIMCO SHORT TERM P (PTSPX) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 162. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | A | Dividend | K | W | Buy (add'l) | 04/10/18 | J | | |
| 163. T ROWE PRICE MID CAP GR ADV (RPMGX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 164. | | | | | Sold | 12/11/18 | J | A | |
| 165. T ROWE PRICE QM US SMALL CAP GROWTH EQUITY (PRDSX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 166. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | | None | | | Buy | 04/10/18 | K | | |
| 167. | | | | | Sold | 12/11/18 | K | A | |
| 168. WELLS FARGO MUNI BOND INST (WMBIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 169. TRUST #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170.  MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 171.  CUBESMART COM (CUBE) | | None | J | T | Buy | 12/11/18 | J | | |
| 172.  EQUITY LIFESTYLE PROPERTIES (ELS) | | None | J | T | Buy | 12/11/18 | J | | |
| 173.  JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | | None | K | T | Buy | 12/11/18 | K | | |
| 174.  ACTIVE BEAR ETF (HDGE) | | None | | | Sold | 04/10/18 | J | | |
| 175.  FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 176. | | | | | Sold | 12/11/18 | J | | |
| 177.  FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 178. | | | | | Sold | 12/11/18 | J | | |
| 179.  ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | K | T | Sold | 04/10/18 | K | C | |
| 180. | | | | | Buy | 12/11/18 | K | | |
| 181.  ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 182.  ISHARES RESIDENTIAL REAL ESTATE ETF (REZ) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 183.  PACER TRENDPILOT US LARGE CAP (PTLC) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 184. | | | | | Sold (part) | 12/11/18 | J | A | |
| 185.  VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 186. | | | | | Buy (add'l) | 12/11/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 188. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 189. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | J | T | | | | | |
| 190. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | B | |
| 191. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 192. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 193. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 194. AIG FOCUSED DIV STRAT A (FDSAX) | C | Dividend | | | Buy (add'l) | 04/10/18 | J | | |
| 195. | | | | | Sold | 12/11/18 | K | | |
| 196. BARON REAL ESTATE INST (BREIX) | | None | | | Sold | 04/10/18 | K | C | |
| 197. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 198. | | | | | Sold (part) | 12/11/18 | J | | |
| 199. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | C | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 200. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 201. DOUBLELINE SHILLER ENH CAPE (DSEEX) | D | Dividend | L | T | Buy (add'l) | 04/10/18 | J | | |
| 202. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 203. DOUBLELINE STRATEGIC COMMODITY I (DBCMX) | A | Dividend | | | Buy | 04/10/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Sold | 12/11/18 | K | | |
| 205. DOUBLELINE TOTAL RETURN (DBLTX) | A | Dividend | J | T | | | | | |
| 206. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 207. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 208. FIRST EAGLE GOLD (FEGIX) | | None | K | T | Sold (part) | 04/10/18 | J | | |
| 209. FRANKLIN INTERNATIONAL GROWTH ADVANCED (FNGZX) | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 210. HENDERSON EUROPEAN FOCUS (HFEIX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 211. | | | | | Sold | 12/11/18 | J | | |
| 212. INVESCO DEVEL MKTS Y (GTDYX) | | None | | | Sold | 04/10/18 | K | | |
| 213. MATTHEWS ASIAN JAPAN (MJFOX) | A | Dividend | J | T | Sold (part) | 04/10/18 | K | C | |
| 214. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 215. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 216. NORTHERN AZ TAX EXEMPT FUND (NOAZX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 217. PIMCO INCOME P (PONPX) | B | Dividend | K | T | Sold (part) | 04/10/18 | J | | |
| 218. | | | | | Sold (part) | 12/11/18 | J | | |
| 219. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | B | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 220. | | | | | Sold (part) | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. T ROWE PRICE MID CAP GR ADV (RPMGX) | B | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 222. | | | | | Sold (part) | 12/11/18 | J | A | |
| 223. T ROWE PRICE QM US SMALL CAP GROWTH EQUITY (PRDSX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 224. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | | None | | | Buy | 04/10/18 | K | | |
| 225. | | | | | Sold | 12/11/18 | K | A | |
| 226. WELLS FARGO MUNI BOND (WMBIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 227. | | | | | Sold (part) | 12/11/18 | J | | |
| 228. IRA #1 (H) | | | | | | | | | |
| 229. MORGAN STANLEY BANK N.A. | A | Interest | J | T | | | | | |
| 230. FIRST TRUST MORTGAGE INCOME (FMY) | A | Dividend | | | Sold | 04/10/18 | J | | |
| 231. FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 232. FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 233. ISHARES MSCI USA MIN VOL ETF (USMV) | A | Dividend | | | Sold | 04/10/18 | K | D | |
| 234. INVESCO DB COMM IDX TRA (FORMERLY POWERSHARES DB COMM TRK INC) (DBC) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 235. ISHARES MORTGAGE REAL ESTATE (REM) | B | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 236. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | K | T | Buy | 04/10/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 238. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 239. VANGUARD SM CAP VAL ETF (VBR) | A | Dividend | J | T | | | | | |
| 240. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Dividend | K | T | Sold (part) | 04/10/18 | J | | |
| 241. WISDOMTREE TRUST JAPN HEDGE EQ (DXJ) | A | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 242. AIG FOCUSED DIV STRAT A (FDSAX) | C | Dividend | L | T | Buy (add'l) | 04/10/18 | J | | |
| 243. COHEN & STEERS PREF SEC&INC I (CPXIX) | B | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 244. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | D | Dividend | K | T | Sold (part) | 04/10/18 | J | A | |
| 245. DOUBLELINE SHILLER ENH CAPE (DSEEX) | D | Dividend | L | T | Buy (add'l) | 04/10/18 | K | | |
| 246. DOUBLELINE TOTAL RETURN (DBLTX) | B | Dividend | K | T | Sold (part) | 04/10/18 | L | | |
| 247. FIDELITY ADVANCED EMERGING MARKETS I (FIMKX) | A | Dividend | K | T | Buy | 04/10/18 | K | | |
| 248. FIRST EAGLE GOLD (FEGIX) | | None | K | T | Sold (part) | 04/10/18 | J | A | |
| 249. INVESCO DEV MKTS Y (GTDYX) | | None | | | Sold | 04/10/18 | K | | |
| 250. HENDERSON EUROPEAN FOCUS (HFEIX) | A | Dividend | K | T | | | | | |
| 251. MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | K | T | Buy (add'l) | 04/10/18 | K | | |
| 252. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | K | T | Sold (part) | 04/10/18 | K | | |
| 253. PIMCO INCOME P (PONPX) | B | Dividend | K | T | Sold (part) | 04/10/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. PGIM (FORMERLY PRUDENTIAL) FLOATING RATE INC Z (FRFZX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 255. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | B | Dividend | L | T | Sold (part) | 04/10/18 | J | A | |
| 256. T ROWE PRICE MID CAP GR ADV (RPMGX) | C | Dividend | K | T | Sold (part) | 04/10/18 | J | B | |
| 257. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 258. TOUCHSTONE SANDS CAP SEL GR Y (CFSIX) | D | Dividend | K | T | Buy (add'l) | 04/10/18 | J | | |
| 259. VANGUARD INFLAT PROT SEC FUND (VIPSX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 260. IRA #2 (H) | | | | | | | | | |
| 261. JOHN HANCOCK MGD VOL GROWTH PORTFOLIO | | None | N | T | | | | | |
| 262. IRA #3 (H) | | | | | | | | | |
| 263. MORGAN STANLEY BANK N.A. (Y) | | | | | | | | | |
| 264. CUBESMART COM (CUBE) | | None | J | T | Buy | 12/12/18 | J | | |
| 265. EQUITY LIFESTYLE PROPERTIES (ELS) | | None | J | T | Buy | 12/12/18 | J | | |
| 266. JP MORGAN ALERIAN MLP INDEX ETN (AMJ) | | None | J | T | Buy | 12/12/18 | J | | |
| 267. FLEXSHARES GLOBAL UPSTREAM NAT (GUNR) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 268. | | | | | Sold | 12/12/18 | J | | |
| 269. FLEXSHARES TR STOXX GLOBR INF (NFRA) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 270. | | | | | Sold | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. ISHARES MSCI USA MIN VOL (USMV) | A | Dividend | J | T | Sold | 04/10/18 | J | A | |
| 272. | | | | | Buy | 12/12/18 | J | | |
| 273. ISHARES MORTGAGE REAL ESTATE (REM) | A | Int./Div. | J | T | Sold (part) | 04/10/18 | J | | |
| 274. ISHARES RESIDNTL RL EST ETF (REZ) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 275. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 276. | | | | | Sold (part) | 12/12/18 | J | A | |
| 277. INVESCO (FORMERLY POWERSHARES) DB COMM TRK INC (DBC) | | None | | | Buy | 04/10/18 | J | | |
| 278. | | | | | Sold | 12/12/18 | J | | |
| 279. VANGUARD GROWTH ETF (VUG) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 280. | | | | | Sold (part) | 12/12/18 | J | A | |
| 281. VANGUARD MID CAP VALUE ETF (VOE) | A | Dividend | | | Buy | 04/10/18 | J | | |
| 282. | | | | | Sold | 12/12/18 | J | | |
| 283. VANGUARD SM CAP VALUE ETF (VBR) | A | Dividend | | | Sold | 12/12/18 | J | | |
| 284. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) | A | Int./Div. | J | T | Sold (part) | 04/10/18 | J | A | |
| 285. WISDOMTREE TRUST JAPN HEDGE (DXJ) | A | Int./Div. | J | T | Buy (add'l) | 04/10/18 | J | | |
| 286. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. | | | | | Sold (part) | 12/12/18 | J | | |
| 288. COHEN & STEERS PREF SEC&INC I (CPXIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 289. | | | | | Sold (part) | 12/12/18 | J | | |
| 290. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) | B | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 291. | | | | | Sold (part) | 12/12/18 | J | | |
| 292. DOUBLELINE SHILLER ENH CAPE (DSEEX) | B | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 293. | | | | | Sold (part) | 12/12/18 | J | A | |
| 294. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | J | T | Sold (part) | 04/10/18 | K | | |
| 295. DREYFUS TBC SM/MD/CAP GRW I (SDSCX) | | None | J | T | Buy | 12/12/18 | J | | |
| 296. FIDELITY ADV EMERG MKTS I (FIMKX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 297. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 298. FIRST EAGLE GOLD (FEGIX) | | None | J | T | Sold (part) | 04/10/18 | J | A | |
| 299. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 300. FRANKLIN INTL GROWTH ADV (FNGZX) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 301. INVESCO DEVELOPING MKTS Y (GTDYX) | | None | | | Sold | 04/10/18 | J | | |
| 302. HENDERSON EUROPEAN FOCUS (HFEIX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 303. | | | | | Sold | 12/12/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. MATTHEWS ASIAN JAPAN INV (MJFOX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 305. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 306. PIMCO INCOME (PONPX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 307. | | | | | Sold (part) | 12/12/18 | J | | |
| 308. PGIM (FORMERLY PRUDENTIAL) FLOATING RATE INC Z (FRFZX) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 309. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | | |
| 310. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 311. T ROWE PRICE MID CAP GR ADV (RPMGX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 312. | | | | | Sold | 12/12/18 | J | A | |
| 313. T ROWE PRICE QM US SM CP GR EQ (PRDSX) | | None | | | Sold (part) | 04/10/18 | J | A | |
| 314. | | | | | Sold | 12/12/18 | J | A | |
| 315. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | B | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 316. | | | | | Sold (part) | 12/12/18 | J | | |
| 317. IRA #4 (H) | | | | | | | | | |
| 318. ISHARES MSCI MIN VOL USA (USMV) (Y) | | | | | | | | | |
| 319. PACER TRENDPILOT 750 ETF (PTLC) | A | Dividend | J | T | Buy | 04/10/18 | J | | |
| 320. | | | | | Sold (part) | 11/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. INVESCO (FORMERLY POWERSHARES) DB COMM TRK INC (DBC) (X) (Y) | | | | | | | | | |
| 322. VANGUARD GROWTH ETF (VUG) (X) (Y) | | | | | | | | | |
| 323. WISDOMTREE EUROPE HEDGED EQUITY (HEDJ) (Y) | | | | | | | | | |
| 324. AIG FOCUSED DIV STRAT A (FDSAX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 325. | | | | | Sold (part) | 11/20/18 | J | A | |
| 326. COLUMBIA SELECT LG CP GROWTH Z (UMLGX) (Y) | | | | | | | | | |
| 327. DOUBLELINE SHILLER ENH CAPE (DSEEX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |
| 328. | | | | | Sold (part) | 11/20/18 | J | A | |
| 329. DOUBLELINE TOTAL RETURN I (DBLTX) | A | Dividend | | | Sold | 04/10/18 | J | | |
| 330. HENDERSON EUROPEAN FOCUS (HFEIX) (Y) | | | | | | | | | |
| 331. METROPOLITAN WEST TOT RET BD I (MWTIX) (Y) | | | | | | | | | |
| 332. PIMCO INCOME (PONPX) (Y) | | | | | | | | | |
| 333. PGIM (FORMERLY PRUDENTIAL) TOT RET BD Z (PDBZX) | A | Dividend | J | T | Sold (part) | 04/10/18 | J | A | |
| 334. | | | | | Sold (part) | 11/20/18 | J | | |
| 335. T ROWE PRICE MID CAP GR (RPMGX) (X) (Y) | | | | | | | | | |
| 336. TOUCHSTONE SANDS CAP SEL GR (CFSIX) | A | Dividend | J | T | Buy (add'l) | 04/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337. | | | | | Sold (part) | 11/20/18 | J | | |
| 338. VANGUARD INFLAT PROT SEC (VIPSX) (Y) | | | | | | | | | |
| 339. 529 #1 (H) | A | Int./Div. | | | | | | | |
| 340. AMERICAN AMCAP 529A (CAFAX) | B | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 341. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 342. 529 #2 (H) | A | Int./Div. | | | | | | | |
| 343. AMERICAN AMCAP 529A (CAFAX) | B | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 344. AMERICAN MUTUAL 529A (CMLAX) | A | Dividend | J | T | Buy (add'l) | 12/06/18 | J | | |
| 345. 529 #3 (H) | | | | | | | | | |
| 346. AMERICAN AMCAP 529A (CAFAX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |
| 347. AMERICAN BALANCED 529 A (CLBAX) | A | Dividend | J | T | Buy | 12/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hurwitz, Andrew | 06/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew Hurwitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544